[No. 66609-6-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. D.M., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-02048-1, Christopher A. Washington, J., entered January 14, 2011. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[No. 66629-1-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSCO BROWN, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00045-0, Susan J. Craighead, J., entered January 10, 2011. *Remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Cox, J.

[No. 66819-6-I.   Division One.   April 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN MICHAEL CASEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05637-4, John P. Erlick, J., entered March 9, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 66946-0-I.   Division One.   April 23, 2012.]

*In the Matter of the Marriage of* DON GLOVER, *Respondent*, and DEBBIE LEE GLOVER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-3-01833-6, Kenneth L. Cowsert, J., entered January 24, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Dwyer, J.